EAGAN AVENATTI, LLP
Michael Q. Eagan, Bar No. 63479
Michael J. Avenatti, Bar No. 206929
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel:    (949) 706-7000
Fax:    (949) 706-7050

Attorneys for Defendant

LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
1627 Irving Street
San Francisco, CA  94122
Telephone:  (415) 759-4111
Facsimile:  (415) 759-4112
motodzo@lexlawgroup.com

Christopher M. Burke (State Bar No. 214799)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Attorneys for Plaintiff
C.F.C., a minor, by and through
Christine F., his parent and guardian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company,<br><br>  Defendant. | Case No.  11-cv-0487-EMC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO EXTEND TIME** ORDER<br><br>Complaint Filed:   February, 1 2011<br>Trial Date:             None set |

**JOINT STIPULATION TO EXTEND TIME**

**STIPULATION TO EXTEND DEADLINE TO ANSWER OR RESPOND**

C.F.C., minor, by and through Christine F., his parent and guardian, ("Plaintiff") and Power Balance LLC ("Defendant") stipulate as follows:

**WHEREAS**, there are presently approximately fifteen (15) separate actions pending in federal district courts in California, and elsewhere, raising similar claims regarding the marketing and sale of Power Balance products ("Power Balance Actions").

**WHEREAS,** there are three motions pending before the Judicial Panel on Multidistrict Litigation ("JPML") that, if granted, would transfer and consolidate the Power Balance Actions, including this one, before one court for pretrial and discovery purposes.

**WHEREAS**, the hearing on the motions for consolidation and transfer of the Power Balance Actions is set for hearing on March 30, 2011 in San Diego, California.

**WHEREAS**, Defendant's responsive pleading is presently due on February 23, 2011, but in consideration of the foregoing, Plaintiff and Defendant have agreed to extend Defendant's deadline to file a response to the Complaint in this action, by answer or motion, until two weeks after the final JPML determination on whether to transfer this action.

Accordingly, it is hereby stipulated and agreed that Defendant shall have until two weeks after the JPML decision on whether to transfer this action to file an answer or otherwise respond to the Complaint in this action. This stipulation is made without prejudice to seek further additional time if necessary.

Dated: February 23, 2011                        EAGAN AVENATTI, LLP

IT IS SO ORDERED:                               By:      /s/ Michael J. Avenatti
                                                         Michael J. Avenatti
                                                         Attorneys for Defendants

_____                               LEXINGTON LAW GROUP
Edward M. Chen
U.S. Magistrate Judge

                                                By:      /s/ Mark Todzo
                                                         Mark Todzo
                                                         Attorneys for Plaintiff

*[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*

1
**JOINT STIPULATION TO EXTEND TIME**