1  EAGAN AVENATTI, LLP
   Michael Q. Eagan, Bar No. 63479
2  Michael J. Avenatti, Bar No. 206929
   450 Newport Center Drive, Second Floor
3  Newport Beach, CA 92660
   Tel:    (949) 706-7000
4  Fax:    (949) 706-7050

5  Attorneys for Defendant

6

7  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
   Howard Hirsch (State Bar No. 213209)
8  1627 Irving Street
   San Francisco, CA  94122
9  Telephone:  (415) 759-4111
   Facsimile:  (415) 759-4112
10 motodzo@lexlawgroup.com

11 Christopher M. Burke (State Bar No. 214799)
   SCOTT + SCOTT LLP
12 600 B Street, Suite 1500
   San Diego, CA 92101
13 Telephone: (619) 233-4565
   Facsimile: (619) 233-0508
14 cburke@scott-scott.com

15 Attorneys for Plaintiff
   C.F.C., a minor, by and through
16 Christine F., his parent and guardian

17                    UNITED STATES DISTRICT COURT

18      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

19

20 | C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated, | Case No.  11-cv-0487-EMC |
21 |  |  |
22 | Plaintiff, | **CLASS ACTION** |
23 | vs. | **SECOND JOINT STIPULATION TO EXTEND TIME**  ; ORDER |
24 | POWER BALANCE LLC, a Delaware Limited Liability Company, |  |
25 |  |  |
26 | Defendant. | Complaint Filed:    February, 1 2011 |
27 |  | Trial Date:    None set |
28

1      <u>**SECOND JOINT STIPULATION TO EXTEND DEADLINE TO ANSWER OR RESPOND**</u>

2          C.F.C., minor, by and through Christine F., his parent and guardian, ("Plaintiff") and Power

3      Balance LLC ("Defendant") stipulate as follows:

4

5          **WHEREAS**, there are presently approximately twenty-one (21) separate actions pending in

6      federal district courts in California, and elsewhere, raising similar claims regarding the marketing and

7      sale of Power Balance products ("Power Balance Actions").

8

9          **WHEREAS**, on February 24, 2011 (Doc. No. 6), the parties previously agreed to stipulate to

10     extend Defendant's deadline to respond to the Complaint by motion or otherwise until fourteen (14)

11     days after the Judicial Panel on Multidistrict Litigation's ("JPML") ruling on the motions to transfer

12     and consolidate filed before the JPML.

13

14         **WHEREAS**, on March 25, 2011, plaintiff Andre Batungbacal filed a Motion for Preliminary

15     Approval of the nationwide class settlement reached between the plaintiff and Power Balance in the

16     putative class action *Batungbacal v. Power Balance LLC*, No. SACV11-00018 (C.D. Cal. 2011)

17     ("*Batungbacal* Action"). The *Batungbacal* Action is the first-filed of the Power Balance Actions and

18     is pending before Judge Cormac J. Carney in the Central District of California.

19

20         **WHEREAS**, the hearing on the Motion for Preliminary Approval is set currently for hearing

21     on April 25, 2011 before Judge Carney.

22

23         **WHEREAS**, on April 8, 2011, the JPML issued a ruling denying the pending motions to

24     transfer in part because of the pending settlement in the *Batungbacal* Action. In so doing, the JPML

25     wrote that "[i]f Judge Carney preliminarily approves the settlement, these cases are likely on the path

26     to resolution" and "[c]entralization at this time could delay the *Batungbacal* proceedings as well as

27     entail additional expenses for the litigants and the courts to establish an MDL proceeding with little

28     benefit." A copy of the JPML's April 8 ruling is attached to this stipulation.

1

2     **WHEREAS**, the allegations and claims made in the *Batungbacal* Action are similar to certain

3     allegations in this action and it is Defendant's position that, if final approval of the settlement in the

4     *Batungbacal* Action is granted, it will release and have preclusive effect over the putative class'

5     allegations and claims in this action.

6

7     **WHEREAS**, pursuant to the parties' stipulation, Plaintiff has been granted leave to intervene

8     in the *Batungbacal* Action in order to be heard regarding the proposed settlement.

9

10    **WHEREAS**, Defendant has not yet filed a responsive pleading, but in consideration of the

11    foregoing and in the interest of judicial economy and the convenience of the parties, Plaintiff and

12    Defendant have agreed to extend Defendant's deadline to file a response to the Complaint in this

13    action, by answer or motion, until fifteen (15) court days after the Court's ruling on the motion for

14    preliminary approval in the *Batungbacal* Action.

15

16    Accordingly, it is hereby stipulated and agreed that Defendant shall have until fifteen (15)

17    court days after the Court's ruling on the motion for preliminary approval in the *Batungbacal* Action

18    to file an answer or respond to the Complaint in this action by motion or otherwise.  This stipulation is

19    made without prejudice to seek further additional time or other relief if necessary.

20

21    Dated:  April 18, 2011                    EAGAN AVENATTI, LLP

22

23                                    By:        /s/ Michael J. Avenatti
                                               Michael J. Avenatti
24    IT IS SO ORDERED:                        Attorneys for Defendants

25                                             LEXINGTON LAW GROUP

26    _____
      Edward M. Chen
27    U.S. Magistrate                          By:        /s/ Mark Todzo
                                               Mark Todzo
28                                             Attorneys for Plaintiff

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**SECOND JOINT STIPULATION TO EXTEND THE TIME**