1  EAGAN AVENATTI, LLP
   Michael Q. Eagan, Bar No. 63479
2  Michael J. Avenatti, Bar No. 206929
   450 Newport Center Drive, Second Floor
3  Newport Beach, CA 92660
   Tel:   (949) 706-7000
4  Fax:   (949) 706-7050

5  Attorneys for Defendant

6

   LEXINGTON LAW GROUP
7  Mark N. Todzo (State Bar No. 168389)
   Howard Hirsch (State Bar No. 213209)
8  1627 Irving Street
   San Francisco, CA  94122
9  Telephone:  (415) 759-4111
   Facsimile:  (415) 759-4112
10 motodzo@lexlawgroup.com

11 Christopher M. Burke (State Bar No. 214799)
   SCOTT + SCOTT LLP
12 600 B Street, Suite 1500
   San Diego, CA 92101
13 Telephone: (619) 233-4565
   Facsimile: (619) 233-0508
14 cburke@scott-scott.com

15 Attorneys for Plaintiff
   C.F.C., a minor, by and through
16 Christine F., his parent and guardian

17
                         **UNITED STATES DISTRICT COURT**
18
              **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
19

| | |
|---|---|
| 20  C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated, | Case No.  11-cv-0487-EMC |
| 22  Plaintiff, | **CLASS ACTION** |
| 23  vs. | **JOINT STIPULATION TO EXTEND ADR AND CASE MANAGEMENT DEADLINES** ; |
| 24  POWER BALANCE LLC, a Delaware Limited Liability Company, | ORDER |
| 25  Defendant. | Complaint Filed:   February, 1 2011<br>Trial Date:          None set |

27

28

---
**SECOND JOINT STIPULATION TO EXTEND TIME**

**JOINT STIPULATION TO EXTEND ADR AND CASE MANAGEMENT DEADLINES**

C.F.C., minor, by and through Christine F., his parent and guardian, ("Plaintiff") and Power Balance LLC ("Defendant") stipulate as follows:

**WHEREAS**, on March 25, 2011, plaintiff in a similar class action lawsuit, Andre Batungbacal, filed a Motion for Preliminary Approval of the nationwide class settlement reached between the plaintiff and Power Balance in the putative class action *Batungbacal v. Power Balance LLC*, No. SACV11-00018 (C.D. Cal. 2011) ("*Batungbacal* Action").  The *Batungbacal* Action is the first-filed of the Power Balance Actions and is pending before Judge Cormac J. Carney in the Central District of California.  That motion was granted on April 27, 2011.

**WHEREAS**, final approval of the class settlement is presently set for September 19, 2011.

**WHEREAS**, the settlement purports to release the claims alleged in Plaintiff's complaint, so final approval of the settlement in the *Batungbacal* action may partially or completely preclude Plaintiff's claims.

**WHEREAS**, in the interest of judicial economy and the convenience of the parties, Plaintiff and Defendant have agreed to extend all ADR, Case Management and Discovery deadlines set pursuant to the Court's February 1, 2011 Order Setting Initial Case Management Conference and ADR Deadlines until thirty (30) days after the Court's ruling on the motion for final approval in the Batungbacal Action.

Accordingly, it is hereby stipulated and agreed as follows:

1. the deadline to file the Rule 26(f) report and a joint case management statement is extended from May 11, 2011 until October 19, 2011 or a date thereafter chosen by the Court; and
2. the initial case management conference is continued until October 26, 2011 or a date thereafter chosen by the Court; and
3. any other deadlines or dates previously imposed by the Court or by rule be extended or continued until a date after October 19, 2011.

This stipulation is made without prejudice to seek further additional time or other relief if necessary.

| | | |
|---|---|---|
| 1 | Dated:  May 11, 2011 | EAGAN AVENATTI, LLP |
| 2 | | |
| 3 | | By:     /s/ Michael J. Avenatti    |
| 4 | | Michael J. Avenatti<br>Attorneys for Defendants |
| 5 | | |
| 6 | Dated:  May 11, 2011 | LEXINGTON LAW GROUP |
| 7 | | |
| 8 | | By:     /s/ Mark Todzo    |
| 9 | | Mark Todzo<br>Attorneys for Plaintiff |

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. the deadline to file the Rule 26(f) report and a joint case management statement is extended from May 11, 2011 until ___October 19___, 2011 or a date thereafter chosen by the Court; and

2. the initial case management conference is continued until ___October 26___, 2011 or a date thereafter chosen by the Court; and

3. any other deadlines or dates previously imposed by the Court or by rule be extended or continued until a date after October 19, 2011.

**IT IS SO ORDERED:**

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **CERTIFICATE OF SERVICE**

On May 11, 2011, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of California, using the electronic case filing ("ECF") system of the Court. All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo
LEXINGTON LAW GROUP
1627 Irving Street
San Francisco, CA 94122
Telephone: (415) 759-4111
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com