Steven D. Allison (SBN 174491)
Sarah K. Shaholli (SBN 254943)
Katherine J. Santon (SBN 265600)
DORSEY & WHITNEY LLP
38 Technology Drive, Ste. 100
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
allison.steven@dorsey.com
maier.sarah@dorsey.com
New Attorneys for Defendant
POWER BALANCE LLC

Michael J. Avenatti (SBN 206929)
Jason M. Frank (SBN 190957)
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Telephone: (949) 706-7000
Facsimile: (949) 706-7050
Present Attorneys for Defendant
POWER BALANCE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO.: 11-CV-00487 EMC<br><br>CLASS ACTION<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that the Law Firm of Dorsey & Whitney LLP, (attorneys Steven D. Allison and Sarah K. Shaholli), located at 38 Technology Drive, Ste. 100, Irvine, California 92618-5310, telephone (949) 932-3600/facsimile (949) 932-3601, are substituted as

1

1 | attorneys of record for Defendant Power Balance LLC, in place of Michael J. Avenatti and
2 | Jason M. Frank of Eagan Avenatti, LLP, located at 450 Newport Center Drive, Second Floor,
3 | Newport Beach, CA 92660, telephone (949) 706-7000/facsimile (949) 706-7050.

5 | DATED: ~~June~~ July 15, 2011        DORSEY & WHITNEY LLP

7 | By: _____
8 | STEVEN D. ALLISON
   | SARAH K. MAIER
9 | KATHERINE J. SANTON
   | New Attorneys for Defendant
10 | POWER BALANCE LLC

12 | DATED: June 23 2011        EAGAN AVENATTI LLP

14 | By: _____
15 | MICHAEL J. AVENATTI
   | JASON M. FRANK
16 | Present Attorneys for Defendant
   | POWER BALANCE LLC

19 | CONSENT TO SUBSTITUTION.

20 | DATED: June 22, 2011        POWER BALANCE LLC

23 | By: _____

25 | IT IS SO ORDERED.

26 |       July 18
27 | DATED: ~~June~~   , 2011        By: _____
                                         DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

SUBSTITUTION OF COUNSEL
CASE NO. 11-CV-00487

## CERTIFICATE OF SERVICE

I, Sarah K. Shaholli, hereby certify and declare as follows:

I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Suite 100, Irvine, California 92618-5310. On July 15, 2011, I caused service of the following document(s) on counsel for all parties to this action by electronically filing the document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them. The document(s) served include:

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of July, 2011, at Irvine, California.

/s/ Sarah K. Shaholli
Sarah K. Shaholli

CERTIFICATE OF SERVICE

4826-2584-8586\1