STEVEN D. ALLISON (SBN 174491)
SARAH K. SHAHOLLI (SBN 254943)
KATE J. SANTON (SBN 265600)
DORSEY & WHITNEY LLP
600 Anton Blvd., Ste. 2000
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499
allison.steven@dorsey.com
shaholli.sarah@dorsey.com

Attorneys for Defendants POWER BALANCE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>POWER BALANCE LLC; a Delaware Limited Liability Company.<br><br>　　　　Defendants. | **NATIONWIDE CLASS ACTION**<br><br>CASE NO. 3:11-CV-00487-EMC<br><br>Hon. Edward M. Chen<br><br>**JOINT STIPULATION REGARDING REQUEST FOR CONTINUED STAY OF CASE PENDING COURT CONSIDERATION OF WHETHER TO GRANT FINAL APPROVAL OF THE NATIONWIDE CLASS SETTLEMENT IN THE *BATUNGBACAL* ACTION AND [~~PROPOSED~~] ORDER**<br><br><span style="color:red">IT IS SO ORDERED AS MODIFIED</span><br><br>**Complaint filed:** February 1, 2011<br>**Trial Date:** None Set |

## JOINT STIPULATION

Plaintiff C.F.C., minor, by and through Christine F., his parent and guardian ("Plaintiff") and Power Balance LLC ("Defendant") stipulate as follows:

WHEREAS, on March 25, 2011, a nationwide class settlement agreement ("class settlement") was filed by plaintiff Andre Batungbacal in the action styled *Batungbacal v. Power Balance LLC, et al.*, SACV11-00018 CJC (MLGx), pending in the Central District of California before the Honorable Cormac C. Carney (the "*Batungbacal* Action") (*Batungbacal* Dkt. No. 9);

WHEREAS, on April 27, 2011, the Court in the *Batungbacal* Action granted preliminary approval of the class settlement (*Id.* at No. 36);

WHEREAS, on May 27, 2011 this Court granted Defendant's unopposed motion to stay the case until after the *Batungbacal* Court issued a ruling regarding final approval of the proposed nationwide class settlement (Dkt. No. 20);

WHEREAS, on June 20, 2011, due to concerns over Power Balance's financial condition, the Court in the *Batungbacal* Action vacated its preliminary approval of the class settlement and gave the parties sixty (60) additional days to conduct discovery and determine if a new settlement could be effectuated (*Batungbacal* Dkt. No. 62);

WHEREAS, over the next several months, the parties in the *Batungbacal* Action engaged in discovery and negotiations to reach a new class settlement;

WHEREAS, on September 22, 2011, the parties in the *Batungbacal* Action filed a new nationwide class action settlement agreement and Plaintiff filed a renewed motion for preliminary approval (*Id.* at No. 69);

WHEREAS the hearing on Plaintiff's motion for preliminary approval of the class settlement in the *Batungbacal* Action is set for November 21, 2011;

WHEREAS, the allegations and claims made in the *Batungbacal* Action are similar to certain allegations in this action and it is Defendant's position that, if final approval of the nationwide class settlement in the *Batungbacal* Action is granted, it will release and have preclusive effect over the putative class' allegations and claims in this action;

WHEREAS, in light of the nationwide class settlement and pending motion for preliminary approval in the *Batungbacal* Action, and the possible impact of those proceedings on this action, the Parties hereby request that this Court continue the stay of this action for a period sixty (60) days pending the outcome of the preliminary approval hearing on November 21, 2011;

WHEREAS, if *Batungbacal* Court grants preliminary approval of the nationwide class settlement, the Parties will thereafter file a request to renew the stay of this action pending the outcome on final approval of the *Batungbacal* class action settlement.

Accordingly, it is hereby stipulated and agreed that all deadlines imposed by

1  the Federal Rules of Civil Procedure or Local Rules of Civil Procedure be stayed
2  in this action for a period of sixty (60) days from the date of entry of the Order
3
4  granting this Joint Stipulation.
5
6  Dated: October 18, 2011          DORSEY & WHITNEY LLP
7                                   By: /s/ *Kate J. Santon*
                                    Steven D. Allison
8                                   Sarah K. Shaholli
9                                   Kate J. Santon
10                                  Attorneys for Defendants

11 Dated: October 18, 2011          LEXINGTON LAW GROUP
12
                                    By: /s/ *Mark Todzo*
13                                  Mark Todzo
                                    Attorneys for Plaintiff
14
15
16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
   The Case Management Conference set for 11/04/2011 is continued to **12/16/2011 at 9:00 a.m.**
17
18 Dated: October 19, 2011          By: _____
                                    HON. EDWARD M. CHEN
19
20                                  [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
21                                  [STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]
22
23
24
25
26
27
28

JOINT STIPULATION TO CONTINUE STAY
CASE NO. 3:11-CV-00487-EMC