LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

Christopher M. Burke (State Bar No. 214799)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Attorneys for Plaintiff
C.F.C., a minor, by and through
Christine F., his parent and guardian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> POWER BALANCE LLC; a Delaware Limited Liability Company. <br><br> Defendants. | CASE NO. 3:11-CV-00487-EMC <br><br> Hon. Edward M. Chen <br><br> **REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE IN LIGHT OF ONGOING AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362** <br><br> **Complaint filed: February 1, 2011** <br> **Trial Date: None Set** |

Plaintiff C.F.C., minor, by and through Christine F., his parent and guardian ("Plaintiff") requests as follows:

WHEREAS, on November 18, 2011, Defendant Power Balance, LLC filed a voluntary Chapter 11 petition for relief in the United States Bankruptcy Court for the Central District of California.

WHEREAS, on November 22, 2011, Power Balance filed a Notice of Pending Chapter 11 Bankruptcy and Notice of Automatic Stay in this court (Dkt. No. 29).

WHEREAS, the Chapter 11 bankruptcy is currently proceeding as Case No. 8:11-25982 and pending before the Honorable Theodore Albert, United States Bankruptcy Judge (the "Bankruptcy Action").

WHEREAS, pursuant to Section 362(a) of the Bankruptcy Code, there is currently an ongoing automatic stay over the instant action.

WHEREAS a hearing regarding the Debtor's Disclosure Statement is set for July 10, 2013, and a hearing regarding confirmation of the Debtor's Chapter 11 Plan of Reorganization has not yet been scheduled.

WHEREAS, the parties will provide this Court with an additional update on any changes to the status of the Bankruptcy Action if and when they occur.

WHEREAS, on February 5, 2013, the Court previously granted Plaintiff's stipulated request to vacate the prior Case Management Conference due to the ongoing automatic stay.

Accordingly, in light of the ongoing automatic stay under Bankruptcy Code § 362(a), Plaintiff requests that this Court vacate the upcoming Case Management Conference currently scheduled for Thursday, June 27, 2013, and reset it to a date in October 2013.

Dated:  June 21, 2013                    LEXINGTON LAW GROUP

/s/ *Mark Todzo*
Mark Todzo
Attorneys for Plaintiff

REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-00487-EMC

1  **PURSUANT TO THE REQUEST, IT IS SO ORDERED.**  The CMC is reset for 11/14/13 at 9:00 a.m.

4  Dated: June __25__, 2013



HON. EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-00487-EMC