LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
503 Divisadero Street
San Francisco, CA  94117
Telephone:  (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com

Christopher M. Burke (State Bar No. 214799)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Attorneys for Plaintiff
C.F.C., a minor, by and through
Christine F., his parent and guardian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE LLC; a Delaware Limited Liability Company.<br><br>Defendants. | CASE NO. 3:11-CV-00487-EMC<br><br>Hon. Edward M. Chen<br><br>**REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE IN LIGHT OF ONGOING AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362**<br><br>**Complaint filed:  February 1, 2011**<br>**Trial Date:  None Set** |

1      Plaintiff C.F.C., minor, by and through Christine F., his parent and guardian ("Plaintiff")

2  requests as follows:

3      WHEREAS, on November 18, 2011, Defendant Power Balance, LLC filed a voluntary

4  Chapter 11 petition for relief in the United States Bankruptcy Court for the Central District of

5  California.

6      WHEREAS, on November 22, 2011, Power Balance filed a Notice of Pending Chapter

7  11 Bankruptcy and Notice of Automatic Stay in this court (Dkt. No. 29).

8      WHEREAS, the Chapter 11 bankruptcy is currently proceeding as Case No. 8:11-25982

9  and pending before the Honorable Theodore Albert, United States Bankruptcy Judge (the

10  "Bankruptcy Action").

11      WHEREAS, it appears that the court in the Bankruptcy Action approved Power

12  Balance's Third Amended Chapter 11 Liquidating Plan at a December 19, 2013 hearing,

13  however the order confirming the plan has not yet been entered by the Court.

14      WHEREAS, Plaintiff's claims will be resolved by the Third Amended Chapter 11

15  Liquidating Plan, thus Plaintiff intends to dismiss this case once the order confirming the plan

16  has been entered.

17      WHEREAS, pursuant to Section 362(a) of the Bankruptcy Code, there is currently an

18  ongoing automatic stay over the instant action.

19      WHEREAS, on November 7, 2013, the Court previously granted Plaintiff's request to

20  vacate the prior Case Management Conference due to the ongoing automatic stay.

21      Accordingly, in light of the ongoing automatic stay under Bankruptcy Code § 362(a) and

22  Plaintiff's intent to dismiss the case, Plaintiff requests that this Court vacate the upcoming Case

23  Management Conference currently scheduled for February 13, 2014, and reset it to a date in

24  April 2014.

25  Dated:  February 5, 2014           LEXINGTON LAW GROUP

26

27                   /s/ *Mark Todzo*
                       Mark Todzo

28                    Attorneys for Plaintiff

**PURSUANT TO THE REQUEST, IT IS SO ORDERED.**   The CMC is reset for
4/24/14 at 9:00 a.m.

Dated: February ___7___, 2014

_____
HON. EDW....

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE

CASE NO. 3:11-CV-00487-EMC