LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

Christopher M. Burke (State Bar No. 214799)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Attorneys for Plaintiff
C.F.C., a minor, by and through
Christine F., his parent and guardian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE LLC; a Delaware Limited Liability Company.<br><br>Defendants. | CASE NO. 3:11-CV-00487-EMC<br><br>Hon. Edward M. Chen<br><br>**REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE IN LIGHT OF ONGOING AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362**<br><br>ORDER RESETTING CMC<br><br>**Complaint filed: February 1, 2011**<br>**Trial Date: None Set** |

Plaintiff C.F.C., minor, by and through Christine F., his parent and guardian ("Plaintiff") requests as follows:

WHEREAS, on November 18, 2011, Defendant Power Balance, LLC filed a voluntary Chapter 11 petition for relief in the United States Bankruptcy Court for the Central District of California.

WHEREAS, on November 22, 2011, Power Balance filed a Notice of Pending Chapter 11 Bankruptcy and Notice of Automatic Stay in this court (Dkt. No. 29).

WHEREAS, the Chapter 11 bankruptcy, Case No. 8:11-25982, is pending before the Honorable Theodore Albert, United States Bankruptcy Judge (the "Bankruptcy Action").

WHEREAS, the court in the Bankruptcy Action has confirmed Power Balance's Third Amended Chapter 11 Liquidating Plan.

WHEREAS, Plaintiff's claims will be resolved by the Third Amended Chapter 11 Liquidating Plan, thus Plaintiff intends to dismiss this case.

WHEREAS, Plaintiff has contacted Power Balance's bankruptcy attorneys and requested that they sign a Stipulation for Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii). Plaintiff has not yet heard back from Power Balance's attorneys on this matter.  If Power Balance's bankruptcy attorneys cannot sign the Stipulation for Voluntary Dismissal, Plaintiff intends to file a request for a Court Order dismissing this case.

WHEREAS, pursuant to Section 362(a) of the Bankruptcy Code, there is currently an ongoing automatic stay over the instant action.

WHEREAS, on February 7, 2014, the Court previously granted Plaintiff's request to vacate the prior Case Management Conference due to the ongoing automatic stay.

Accordingly, in light of the ongoing automatic stay under Bankruptcy Code § 362(a) and Plaintiff's intent to dismiss the case, Plaintiff requests that this Court vacate the upcoming Case

1 | Management Conference currently scheduled for April 24, 2014, and reset it to a date in June
2 | 2014.

3

4 | Dated: April 16, 2014                    LEXINGTON LAW GROUP

5 |                                          /s/ *Mark Todzo*
  |                                          Mark Todzo
6 |                                          Attorneys for Plaintiff

7

8

9 | **PURSUANT TO THE REQUEST, IT IS SO ORDERED.** The 4/24/14 CMC is reset for
10 |                                                  7/10/14 at 9:30 a.m.  An updated
   |                                                  joint CMC statement shall be
11 |                                                  filed by 7/3/14.

12

13 | Dated: April __21__, 2014                _____
14 |                                          HON. EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

REQUEST TO VACATE UPCOMING CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-00487-EMC