LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
503 Divisadero Street
San Francisco, CA  94117
Telephone:  (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com

Christopher M. Burke (State Bar No. 214799)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

Attorneys for Plaintiff
C.F.C., a minor, by and through
Christine F., his parent and guardian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.F.C., minor, by and through CHRISTINE F., his parent and guardian, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE LLC; a Delaware Limited Liability Company.<br><br>Defendants. | CASE NO. 3:11-CV-00487-EMC<br><br>Hon. Edward M. Chen<br><br>**REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER** |

1  Plaintiff C.F.C., minor, by and through Christine F., his parent and guardian ("Plaintiff")
2  requests as follows:
3  WHEREAS, on November 18, 2011, Defendant Power Balance, LLC filed a voluntary
4  Chapter 11 petition for relief in the United States Bankruptcy Court for the Central District of
5  California, Case No. 8:11-25982.
6  WHEREAS, the court in the bankruptcy action has confirmed Power Balance's Third
7  Amended Chapter 11 Liquidating Plan.
8  WHEREAS, Plaintiff's claims will be resolved by the Third Amended Chapter 11
9  Liquidating Plan.
10  WHEREAS, Plaintiff has contacted Power Balance's bankruptcy attorneys and requested
11  that they sign a Stipulation for Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii).
12  However, Plaintiff has not heard back from Power Balance's attorneys for several months and
13  therefore requests an Order from the Court.
14  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, through his
15  counsel of record, hereby requests a dismissal, without prejudice, of all claims for relief asserted
16  by Plaintiff against Defendant in the above-captioned action.  Each party shall bear its own costs
17  and fees.
18
19  Dated:  July 2, 2014                              LEXINGTON LAW GROUP
20
21                                                   /s/ *Mark Todzo*
                                                     Mark Todzo
22                                                   Attorneys for Plaintiff

1  **PURSUANT TO THE REQUEST, IT IS SO ORDERED.**  The Clerk of the
2  Court is directed to close this case.
3
4  Dated: J~~une~~ _____, ~~2014~~   July 8, 2014   _____
5  HON. EDWARD M. CHEN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]*

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 3:11-CV-00487-EMC